Dismissed and Memorandum Opinion filed March 2, 2006









Dismissed and Memorandum Opinion filed March 2, 2006.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00609-CV

____________

 

KRISPY KREME DOUGHNUT CORPORATION, Appellant

 

V.

 

LONE STAR DOUGHNUTS LTD.,
Appellee

 



 

On Appeal from the
133rd District Court

Harris County, Texas

Trial Court Cause
No.
05-33490

 



 

M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order granting a
temporary injunction.

On February 21, 2006, the parties filed a motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum Opinion
filed March 2, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.